IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARTINEZE LARRY,
    Plaintiff,

vs.                                                                 Case No.: 5:07cv114/RS/EMT

W. FRANK McKEITHEN, et al.,
    Defendants.
_____/

**O R D E R**

    This cause is before the court on Plaintiff's response to an order to show cause issued by this court (Docs. 9, 10).  On May 31, 2007, this court issued an order directing Plaintiff to pay the initial partial filing fee of $14.32 within thirty (30) days (Doc. 5).  Plaintiff failed to comply with the order; therefore, on July 11, 2007, the court issued an order directing Plaintiff to show cause why this action should not be dismissed for failure to comply with the previous order (Doc. 9).  Plaintiff has now filed a response stating that due to his transfer to another institution he did not receive the order directing him to pay the fee, and he is now in the process of complying with the order (*see* Doc. 10).  The court construes the response as including a request for extension of time to pay the initial partial fee and will grant the request.

    Accordingly, it is **ORDERED**:

    1.    Plaintiff shall have **THIRTY (30) DAYS** from the date of docketing of this order in which to submit the initial partial filing fee of **$14.32**.  A check from a penal institution, a cashier's check, or a money order should be made payable to "Clerk, U.S. District Court."  Personal checks directly from prisoners will not be accepted.  The following information shall either be included on the face of the check or money order or attached thereto:

    (1)    the full name of the prisoner;
    (2)    the prisoner's inmate number; and
    (3)    Northern District of Florida Case Number 5:07cv114/RS/EMT

Checks or money orders which do not have this information will be returned to the penal institution or Plaintiff.

  2. Plaintiff's failure to comply with this order may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

  **DONE AND ORDERED** this 26th day of July 2007.

              */s/ Elizabeth M. Timothy*
              **ELIZABETH M. TIMOTHY**
              **UNITED STATES MAGISTRATE JUDGE**